Dismissal with prejudice acknowledged.
JRS, DJ, 9/6/19
Distribution to all counsel of record via CM/ECF.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| KEVIN SCAIFE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:19-cv-00267-JRS-TAB |
| | ) | |
| v. | ) | |
| | ) | |
| COMBE INCORPORATED; COMBE | ) | |
| PRODUCTS, INC.; COMBE | ) | |
| LABORATORIES, INC.; and | ) | |
| COMBE INTERNATIONAL LLC | ) | |
| f/k/a COMBE INTERNATIONAL LTD | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by the parties and their respective counsels that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Rule 41(a)(1)(A)(ii), with each party bearing that party's own fees and costs.


Dated: September 5, 2019

                                        Respectfully submitted,

                                        _s/Fred Schultz_
                                        Fred Schultz, #19554-53
                                        Greene & Schultz
                                        520 North Walnut Street
                                        Bloomington, IN 47404
                                        Telephone:    (812) 336-4357
                                        Facsimile:    (812) 336-5615
                                        Email: fred@greeneschultz.com
                                        *Attorneys for Plaintiff*